```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                    Case No. 20-00500-RNO
Renee Ann Rusnock                                         Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke      Page 1 of 2        Date Rcvd: Mar 20, 2020
                            Form ID: ntnew341     Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
```
db             Renee Ann Rusnock,    118 Saint Angela Dr,    Hazleton, PA  18202-2937
5299996        Aes/Suntrust Bank,    PO Box 61047,   Harrisburg, PA  17106-1047
5306672        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern  PA 19355-0701
5299997        Amex,   PO Box 981537,   El Paso, TX  79998-1537
5301710       +BB&T now Truist, Bankruptcy Section,   100-50-01-51,   P.O. Box 1847,    Wilson, NC 27894-1847
5299999        Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE  19899-8803
5300001        CAP1/Justice,   PO Box 30253,    Salt Lake City, UT  84130-0253
5300002        Cap1/marcs,   PO Box 30258,    Salt Lake City, UT  84130-0258
5313342        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5300005        Ccs/First National Ban,    500 E 60th St N,    Sioux Falls, SD  57104-0478
5300006        Chamberlain University,    75 Remittance Dr Dept 1313,    Chicago, IL  60675-1313
5300007        Citicards Cbna,    PO Box 6217,    Sioux Falls, SD  57117-6217
5300015        Fed Loan Serv,    PO Box 60610,   Harrisburg, PA  17106-0610
5300016        First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD  57107-0145
5299995        Law Offices of Jason P Provinzano LLC,   16 W Northampton St,    Wilkes Barre, PA  18701-1708
5300018        Macys/dsnb,    PO Box 8218,    Mason, OH  45040-8218
5307909       +PHEAA,   PO Box 8147,   Harrisburg, PA  17105-8147
5300023        PPL Electric Utilities,    827 Hausman Rd,    Allentown, PA  18104-9392
5299994        Rusnock Renee Ann,    118 Saint Angela Dr,    Hazleton, PA  18202-2937
5300031        Syncb/Walmart,    PO Box 30281,    Salt Lake City, UT  84130-0281

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2020 19:34:14
               PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5299998        E-mail/Text: bk@avant.com Mar 20 2020 19:36:44     Avant,    222 N La Salle St Ste 1700,
               Chicago, IL  60601-1101
5300000        E-mail/Text: bankruptcy@bbandt.com Mar 20 2020 19:35:59     BB&T,   PO Box 580048,
               Charlotte, NC  28258-0048
5300003        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 20 2020 19:33:40     Capital One,
               PO Box 30253,    Salt Lake City, UT  84130-0253
5311085        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 20 2020 19:34:44
               Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
               Charlotte, NC  28272-1083
5300004        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 20 2020 19:33:41
               Capital One Bank USA N,   PO Box 30281,    Salt Lake City, UT  84130-0281
5300008        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 20 2020 19:36:04     Comenitybank/victoria,
               PO Box 182789,    Columbus, OH  43218-2789
5300009        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 20 2020 19:36:04     Comenitybank/wayfair,
               PO Box 182789,    Columbus, OH  43218-2789
5300010        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 20 2020 19:36:04     Comenitycb/boscov,
               PO Box 182120,    Columbus, OH  43218-2120
5300011        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 20 2020 19:36:05     Comenitycb/overstock,
               PO Box 182120,    Columbus, OH  43218-2120
5300012        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 20 2020 19:36:05     Comenitycb/ulta,
               PO Box 182120,    Columbus, OH  43218-2120
5300013        E-mail/Text: bankruptcy@sccompanies.com Mar 20 2020 19:36:58     Country Door,   1112 7th Ave,
               Monroe, WI  53566-1364
5302011        E-mail/Text: mrdiscen@discover.com Mar 20 2020 19:35:46     Discover Bank,
               Discover Products Inc,   PO Box 3025,    New Albany, OH  43054-3025
5300014        E-mail/Text: mrdiscen@discover.com Mar 20 2020 19:35:46     Discover Fin Svcs LLC,
               PO Box 15316,    Wilmington, DE  19850-5316
5300017        E-mail/Text: bncnotices@becket-lee.com Mar 20 2020 19:35:48     Kohls/capone,   PO Box 3115,
               Milwaukee, WI  53201-3115
5305744        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 20 2020 19:33:49     LVNV Funding, LLC,
               Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
5300020        E-mail/PDF: cbp@onemainfinancial.com Mar 20 2020 19:33:34     OneMain Financia,   695 Kidder St,
               Wilkes Barre Township, PA  18702-6938
5302151       +E-mail/PDF: cbp@onemainfinancial.com Mar 20 2020 19:34:00     OneMain Financial,   PO Box 3251,
               Evansville, IN 47733-3251
5300019        E-mail/PDF: cbp@onemainfinancial.com Mar 20 2020 19:34:34     Onemain,   PO Box 1010,
               Evansville, IN  47706-1010
5313434        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2020 19:33:45
               Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
5300022        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2020 19:34:14
               Portfolio Recov Assoc,   120 Corporate Blvd Ste 100,   Norfolk, VA  23502-4952
5300024        E-mail/Text: bankruptcyteam@quickenloans.com Mar 20 2020 19:36:35     Quicken Loans,
               1050 Woodward Ave,   Detroit, MI  48226-1906
5308584       +E-mail/Text: bankruptcyteam@quickenloans.com Mar 20 2020 19:36:35     Quicken Loans Inc.,
               635 Woodward Avenue,   Detroit, MI 48226-3408
5300025        E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2020 19:34:01     Syncb/Amer Eagle,   PO Box 965005,
               Orlando, FL  32896-5005
5300028        E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2020 19:34:34     Syncb/Old Navy,   PO Box 965005,
               Orlando, FL  32896-5005
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5300030          E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2020 19:34:01          Syncb/Sams Club,    PO Box 965005,
                 Orlando, FL  32896-5005
5300026          E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2020 19:34:01          Syncb/ashley Homestore,   C/o,
                 PO Box 965036,   Orlando, FL  32896-5036
5300027          E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2020 19:33:35          Syncb/hsn,   PO Box 965017,
                 Orlando, FL  32896-5017
5300029          E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2020 19:34:35          Syncb/ppc,   PO Box 965005,
                 Orlando, FL  32896-5005
5300456          +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2020 19:34:35          Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5300032          E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 20 2020 19:36:05
                 World Financial Network Bank,   1 Righter Pkwy Ste 100,   Wilmington, DE  19803-1533
                                                                                              TOTAL: 31


                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5306673*          American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                  Malvern  PA 19355-0701
5300021          ##Penn Credit Corporatio,   916 S 14th St,   Harrisburg, PA  17104-3425
                                                                         TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          Jason Paul Provinzano    on behalf of Debtor 1 Renee Ann Rusnock MyLawyer@JPPLaw.com,
          G17727@notify.cincompass.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                         TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Renee Ann Rusnock,
aka Renee A. Rusnock, aka Renee Rusnock,

**Debtor 1**

Chapter     13

Case No.     5:20–bk–00500–RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, further details will be provided to you | Date: April 27, 2020 |
| --- | --- |
| | Time: 10:00 AM |

**Address of the Bankruptcy Clerk's Office:**
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes–Barre, PA 18701
(570) 831–2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: MichaelMcHugh, Deputy Clerk

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

Date: March 20, 2020

ntnew341 (04/18)