```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                                  Case No. 20-00500-RNO
Renee Ann Rusnock                                                                       Chapter 13
             Debtor
                                          CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke               Page 1 of 2                 Date Rcvd: Apr 29, 2020
                              Form ID: ntcnfhrg             Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2020.
db              Renee Ann Rusnock,    118 Saint Angela Dr,    Hazleton, PA 18202-2937
5299996         Aes/Suntrust Bank,    PO Box 61047,   Harrisburg, PA 17106-1047
5306672         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
5299997         Amex,   PO Box 981537,   El Paso, TX 79998-1537
5301710        +BB&T now Truist, Bankruptcy Section,    100-50-01-51,    P.O. Box 1847,   Wilson, NC 27894-1847
5299999         Barclays Bank Delaware,    PO Box 8803,   Wilmington, DE 19899-8803
5300001         CAP1/Justice,   PO Box 30253,    Salt Lake City, UT 84130-0253
5300002         Cap1/marcs,   PO Box 30258,    Salt Lake City, UT 84130-0258
5313342         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
5300005         Ccs/First National Ban,    500 E 60th St N,   Sioux Falls, SD 57104-0478
5300006         Chamberlain University,    75 Remittance Dr Dept 1313,    Chicago, IL 60675-1313
5300007         Citicards Cbna,    PO Box 6217,   Sioux Falls, SD 57117-6217
5300015         Fed Loan Serv,    PO Box 60610,   Harrisburg, PA 17106-0610
5300016         First Premier Bank,    3820 N Louise Ave,   Sioux Falls, SD 57107-0145
5299995         Law Offices of Jason P Provinzano LLC,    16 W Northampton St,    Wilkes Barre, PA 18701-1708
5300018         Macys/dsnb,   PO Box 8218,    Mason, OH 45040-8218
5307909        +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147
5300023         PPL Electric Utilities,    827 Hausman Rd,   Allentown, PA 18104-9392
5299994         Rusnock Renee Ann,    118 Saint Angela Dr,   Hazleton, PA 18202-2937
5300031         Syncb/Walmart,    PO Box 30281,   Salt Lake City, UT 84130-0281

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 29 2020 19:47:13
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5299998         E-mail/Text: bk@avant.com Apr 29 2020 19:46:17      Avant,   222 N La Salle St Ste 1700,
                 Chicago, IL 60601-1101
5300000         E-mail/Text: bankruptcy@bbandt.com Apr 29 2020 19:45:30      BB&T,   PO Box 580048,
                 Charlotte, NC 28258-0048
5300003         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 29 2020 19:47:48     Capital One,
                 PO Box 30253,    Salt Lake City, UT 84130-0253
5311085         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 29 2020 19:48:26
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
5300004         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 29 2020 19:47:48
                 Capital One Bank USA N,    PO Box 30281,   Salt Lake City, UT 84130-0281
5300008         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 29 2020 19:45:37       Comenitybank/victoria,
                 PO Box 182789,    Columbus, OH 43218-2789
5300009         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 29 2020 19:45:37       Comenitybank/wayfair,
                 PO Box 182789,    Columbus, OH 43218-2789
5300010         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 29 2020 19:45:37       Comenitycb/boscov,
                 PO Box 182120,    Columbus, OH 43218-2120
5300011         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 29 2020 19:45:37       Comenitycb/overstock,
                 PO Box 182120,    Columbus, OH 43218-2120
5300012         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 29 2020 19:45:38       Comenitycb/ulta,
                 PO Box 182120,    Columbus, OH 43218-2120
5300013         E-mail/Text: bankruptcy@sccompanies.com Apr 29 2020 19:46:26      Country Door,   1112 7th Ave,
                 Monroe, WI 53566-1364
5302011         E-mail/Text: mrdiscen@discover.com Apr 29 2020 19:45:20      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
5300014         E-mail/Text: mrdiscen@discover.com Apr 29 2020 19:45:20      Discover Fin Svcs LLC,
                 PO Box 15316,    Wilmington, DE 19850-5316
5319485         E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 29 2020 19:46:06      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
5300017         E-mail/Text: bncnotices@becket-lee.com Apr 29 2020 19:45:23      Kohls/capone,   PO Box 3115,
                 Milwaukee, WI 53201-3115
5305744         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 29 2020 19:48:44     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
5300020         E-mail/PDF: cbp@onemainfinancial.com Apr 29 2020 19:47:36     OneMain Financia,   695 Kidder St,
                 Wilkes Barre Township, PA 18702-6938
5302151        +E-mail/PDF: cbp@onemainfinancial.com Apr 29 2020 19:47:37     OneMain Financial,   PO Box 3251,
                 Evansville, IN 47731-3251
5300019         E-mail/PDF: cbp@onemainfinancial.com Apr 29 2020 19:48:18     Onemain,   PO Box 1010,
                 Evansville, IN 47706-1010
5313434         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 29 2020 19:47:23
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5300022         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 29 2020 19:47:51
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
5320344         E-mail/Text: bnc-quantum@quantum3group.com Apr 29 2020 19:45:45
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
5320345         E-mail/Text: bnc-quantum@quantum3group.com Apr 29 2020 19:45:45
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5300024        E-mail/Text: bankruptcyteam@quickenloans.com Apr 29 2020 19:46:10      Quicken Loans,
               1050 Woodward Ave,    Detroit, MI  48226-1906
5308584       +E-mail/Text: bankruptcyteam@quickenloans.com Apr 29 2020 19:46:10      Quicken Loans Inc.,
               635 Woodward Avenue,    Detroit, MI 48226-3408
5300025        E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2020 19:47:04      Syncb/Amer Eagle,   PO Box 965005,
               Orlando, FL  32896-5005
5300028        E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2020 19:47:10      Syncb/Old Navy,    PO Box 965005,
               Orlando, FL  32896-5005
5300030        E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2020 19:47:43      Syncb/Sams Club,   PO Box 965005,
               Orlando, FL  32896-5005
5300026        E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2020 19:47:04      Syncb/ashley Homestore,   C/o,
               PO Box 965036,   Orlando, FL  32896-5036
5300027        E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2020 19:48:22      Syncb/hsn,   PO Box 965017,
               Orlando, FL  32896-5017
5300029        E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2020 19:47:43      Syncb/ppc,   PO Box 965005,
               Orlando, FL  32896-5005
5300456       +E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2020 19:48:21      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5320279        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 29 2020 19:59:17      Verizon,
               by American InfoSource as agent,    PO Box 4457,   Houston, TX  77210-4457
5300032        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 29 2020 19:45:38
               World Financial Network Bank,    1 Righter Pkwy Ste 100,   Wilmington, DE  19803-1533
                                                                                             TOTAL: 35

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5306673*       American Express National Bank,    c/o Becket and Lee LLP,   PO Box 3001,
               Malvern  PA 19355-0701
5321626*      +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
5300021       ##Penn Credit Corporatio,   916 S 14th St,   Harrisburg, PA  17104-3425
                                                                               TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2020 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
         James   Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
         Jason Paul Provinzano    on behalf of Debtor 1 Renee Ann Rusnock MyLawyer@JPPLaw.com,
          G17727@notify.cincompass.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Renee Ann Rusnock,
aka Renee A. Rusnock, aka Renee Rusnock,

**Debtor 1**

Chapter 13

Case No. 5:20−bk−00500−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **May 27, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: June 3, 2020 Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 29, 2020 |

ntcnfhrg (03/18)