A & E Home Care LLC
109 Woodland Ave.
Unit B
Morton, PA 19070

Renee A. Rusnock
118 St Angela Dr
Hazle Township, PA 18202

Direct Deposit

| Employee Pay Stub | | Check number: | | | Pay Period: 05/23/2022 - 06/05/2022 | Pay Date: 06/17/2022 |
|---|---|---|---|---|---|---|

**Employee**
Renee A. Rusnock, 118 St Angela Dr, Hazle Township, PA 18202

**SSN**
***-**-3348

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 80:00 | 45.00 | 3,600.00 | 14,400.00 |

| Direct Deposit | Amount |
|---|---|
| Checking - *****1786 | 2,753.92 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local Keystone Collection Group | -54.00 | -216.00 |
| LST | -2.00 | -8.00 |
| Federal Withholding | -402.00 | -1,608.00 |
| Social Security Employee | -223.20 | -892.80 |
| Medicare Employee | -52.20 | -208.80 |
| PA - Withholding | -110.52 | -442.08 |
| PA - Unemployment | -2.16 | -8.64 |
|  | -846.08 | -3,384.32 |

Memo
Direct Deposit

| Net Pay | 2,753.92 | 11,015.68 |
|---|---|---|

A & E Home Care LLC, 109 Woodland Ave., Unit B, Morton, PA 19070

A & E Home Care LLC
109 Woodland Ave.
Unit B
Morton, PA 19070

Renee A. Rusnock
118 St Angela Dr
Hazle Township, PA 18202

Direct Deposit

---

**Employee Pay Stub**     Check number:     Pay Period: 05/09/2022 - 05/22/2022     Pay Date: 06/03/2022

**Employee**
Renee A. Rusnock, 118 St Angela Dr, Hazle Township, PA 18202

**SSN**
***-**-3348

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 80:00 | 45.00 | 3,600.00 | 10,800.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local Keystone Collection Group | -54.00 | -162.00 |
| LST | -2.00 | -6.00 |
| Federal Withholding | -402.00 | -1,206.00 |
| Social Security Employee | -223.20 | -669.60 |
| Medicare Employee | -52.20 | -156.60 |
| PA - Withholding | -110.52 | -331.56 |
| PA - Unemployment | -2.16 | -6.48 |
| | -846.08 | -2,538.24 |

| Net Pay | 2,753.92 | 8,261.76 |
|---|---|---|

| Direct Deposit | Amount |
|---|---|
| Checking - *****1786 | 2,753.92 |

**Memo**
Direct Deposit

---

A & E Home Care LLC
109 Woodland Ave.
Unit B
Morton, PA 19070

Renee A. Rusnock
118 St Angela Dr
Hazle Township, PA 18202

Direct Deposit

---

**Employee Pay Stub**    Check number:    Pay Period: 04/25/2022 - 05/08/2022    Pay Date: 05/20/2022

**Employee**
Renee A. Rusnock, 118 St Angela Dr, Hazle Township, PA 18202

**SSN**
***-**-3348

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 80:00 | 45.00 | 3,600.00 | 7,200.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local Keystone Collection Group | -54.00 | -108.00 |
| LST | -2.00 | -4.00 |
| Federal Withholding | -402.00 | -804.00 |
| Social Security Employee | -223.20 | -446.40 |
| Medicare Employee | -52.20 | -104.40 |
| PA - Withholding | -110.52 | -221.04 |
| PA - Unemployment | -2.16 | -4.32 |
| | -846.08 | -1,692.16 |

| Direct Deposit | Amount |
|---|---|
| Checking - *****1786 | 2,753.92 |

**Memo**
Direct Deposit

**Net Pay**    2,753.92    5,507.84

A & E Home Care LLC, 109 Woodland Ave., Unit B, Morton, PA 19070