| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Renee Ann Rusnock |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of PA |
| Case number | 20-00500 MJC |

# Form 4100R

## Response to Notice of Final Cure Payment                       10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

**Court claim no.** (if known): 11-1

**Last 4 digits** of any number you use to identify the debtor's account: 1055

**Property address:**
118 Saint Angela Drive
Hazleton, PA 18202

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---|
| a. Total postpetition ongoing payments due: | (a) | $ 2,110.12 |
| b. Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $ 0.00 |
| c. **Total.** Add lines a and b. | (c) | $ 2,110.12 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   04 / 01 / 2025

Document ID: 392c77ee995184279375019f1689b4dfd410809f3e970c00dc4a48b0db137251
Case 5:20-bk-00500-MJC    Doc 63    Filed 05/15/25    Entered 05/15/25 12:08:07    Desc
Main Document       Page 1 of 6

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Matthew Fissel*                               Date    05/14/2025
Matthew Fissel
14 May 2025, 11:26:26, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R                    Response to Notice of Final Cure Payment                    page 2

Document ID: 392c77ee995184279375019f1689b4dfd410809f3e970c00dc4a48b0db137251
Case 5:20-bk-00500-MJC    Doc 63    Filed 05/15/25    Entered 05/15/25 12:08:07    Desc
Main Document    Page 2 of 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Renee Ann Rusnock aka Renee A. Rusnock aka Renee Rusnock<br>                                    Debtor(s) | BK NO. 20-00500 MJC<br><br>Chapter 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>                                    Movant<br>                      vs. | Related to Claim No. 11-1 |
| Renee Ann Rusnock aka Renee A. Rusnock aka Renee Rusnock<br>                                    Debtor(s) | |
| Jack N. Zaharopoulos,<br>                                    Trustee | |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>May 15, 2025</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Renee Ann Rusnock aka Renee A. Rusnock aka Renee Rusnock
118 Saint Angela Drive
Hazleton, PA 18202

<u>Attorney for Debtor(s) (via ECF)</u>
Jason Paul Provinzano
Law Offices of Jason P. Provinzano, LLC
16 West Northampton Street
Wilkes Barre, PA 18701

<u>Trustee (via ECF)</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: <u>May 15, 2025</u>

                                                                    **/s/ Matthew Fissel**
                                                                    Matthew Fissel
                                                                    Attorney I.D. 314567
                                                                    KML Law Group, P.C.
                                                                    BNY Mellon Independence Center
                                                                    701 Market Street, Suite 5000
                                                                    Philadelphia, PA 19106
                                                                    215-627-1322
                                                                    mfissel@kmllawgroup.com

# BANKRUPTCY POST PETITION PAYMENT HISTORY

**Name:** Rusnock
**Date:** 5/13/2025
**Loan Number:** [redacted]
**BK Case number:** 20-00500
**BK File Date:** 2/10/2020

| Date | Transaction Type | Check No: | Amount Received | Monthly Payment Amount | Amount Applied | Applied to Date | Post Due Date | Debtor Suspense | Agreed Order Suspense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 3/1/20 | | |
| 2/11/20 | Post Petition Funds Recvd | | $ 1,589.89 | $1,545.14 | $ 1,545.14 | 3/1/2020 | 4/1/20 | $ 44.75 | |
| 3/5/20 | Post Petition Funds Recvd | | $ 1,551.81 | $1,545.14 | $ 1,545.14 | 4/1/2020 | 5/1/20 | $ 6.67 | |
| 5/14/20 | Post Petition Funds Recvd | | $ 1,600.00 | $1,545.14 | $ 1,545.14 | 5/1/2020 | 6/1/20 | $ 54.86 | |
| 6/15/20 | Post Petition Funds Recvd | | $ 1,545.14 | $1,545.14 | $ 1,545.14 | 6/1/2020 | 7/1/20 | | |
| 7/16/20 | Post Petition Funds Recvd | | $ 1,545.14 | $1,545.14 | $ 1,545.14 | 7/1/2020 | 8/1/20 | | |
| 8/14/20 | Post Petition Funds Recvd | | $ 1,545.14 | $1,545.14 | $ 1,545.14 | 8/1/2020 | 9/1/20 | | |
| 9/17/20 | Post Petition Funds Recvd | | $ 1,545.14 | $1,545.14 | $ 1,545.14 | 9/1/2020 | 10/1/20 | | |
| 10/15/20 | Post Petition Funds Recvd | | $ 1,438.86 | $1,545.14 | $ 1,545.14 | 10/1/2020 | 11/1/20 | ($106.28) | |
| 11/27/20 | Post Petition Funds Recvd | | $ 1,574.69 | $1,574.69 | $ 1,574.69 | 11/1/2020 | 12/1/20 | | |
| 12/23/20 | Post Petition Funds Recvd | | $ 1,574.69 | $1,574.69 | $ 1,574.69 | 12/1/2020 | 1/1/21 | | |
| 1/28/21 | Post Petition Funds Recvd | | $ 1,574.69 | $1,574.69 | $ 1,574.69 | 1/1/2021 | 2/1/21 | | |
| 2/26/21 | Post Petition Funds Recvd | | $ 1,574.69 | $1,574.69 | $ 1,574.69 | 2/1/2021 | 3/1/21 | | |
| 4/1/21 | Post Petition Funds Recvd | | $ 1,575.00 | $1,574.69 | $ 1,574.69 | 3/1/2021 | 4/1/21 | $ 0.31 | |
| 4/29/21 | Post Petition Funds Recvd | | $ 1,574.69 | $1,574.69 | $ 1,574.69 | 4/1/2021 | 5/1/21 | | |
| 6/3/21 | Post Petition Funds Recvd | | $ 1,600.00 | $1,574.69 | $ 1,574.69 | 5/1/2021 | 6/1/21 | $ 25.31 | |
| 7/9/21 | Post Petition Funds Recvd | | $ 1,575.00 | $1,574.69 | $ 1,574.69 | 6/1/2021 | 7/1/21 | $ 0.31 | |
| 8/17/21 | Post Petition Funds Recvd | | $ 1,700.00 | $1,574.69 | $ 1,574.69 | 7/1/2021 | 8/1/21 | $ 125.31 | |
| 9/30/21 | Post Petition Funds Recvd | | $ 2,100.00 | $1,574.69 | $ 1,574.69 | 8/1/2021 | 9/1/21 | $ 525.31 | |
| 12/11/21 | Post Petition Funds Recvd | | $ 2,303.75 | $1,574.69 | $ 1,574.69 | 9/1/2021 | 10/1/21 | $ 729.06 | |

*Agreed Order Filed: Two Post Petition Payments IAO $1,574.69 (10/1/21 & 11/1/21)*
*Two Post Petition Payments IAO $1,656.23 (12/1/21 & 1/1/22)*
*Fees & Costs: $1,238.00 Funds on Hand: $1,405.61*

**Total: $6,094.23**

| Date | Description | Amount | | Due | Due Date | Date | Balance |
|---|---|---|---|---|---|---|---|
| 2/24/22 | Agreed Order Funds Recvd | $ 1,000.00 | $1,656.23 | $ - | | 2/1/22 | $ (1,405.61) |
| 2/24/22 | Agreed Order Application | $ - | | $ 1,574.69 | 10/1/2021 | 2/1/22 | $ 1, |
| 3/15/22 | Post Petition Funds Recvd | $ 1,657.00 | $1,656.23 | $ 1,656.23 | 2/1/2022 | 3/1/22 | $ 0.77 |
| 3/14/22 | Post Petition Funds Recvd | $ 1,656.23 | $1,656.23 | $ 1,656.23 | 3/1/2022 | 4/1/22 | |
| 4/15/22 | Post Petition Funds Recvd | $ 655.46 | $1,656.23 | $ - | | 4/1/22 | $655.46 |
| 5/13/22 | Post Petition Funds Recvd | $ 2,311.69 | $1,656.23 | $ 1,656.23 | 4/1/2022 | 5/1/22 | $ 655.46 |
| 5/16/22 | Post Petition Funds Recvd | $ 1,700.00 | $1,656.23 | $ 1,656.23 | 5/1/2022 | 6/1/22 | $ 43.77 |
| 6/15/22 | Post Petition Funds Recvd | $ 1,656.23 | $1,656.23 | $ 1,656.23 | 6/1/2022 | 7/1/22 | |
| 8/13/22 | Post Petition Funds Recvd | $ 1,657.00 | $1,656.23 | $ 1,656.23 | 7/1/2022 | 8/1/22 | $ 0.77 |
| 8/22/22 | Post Petition Funds Recvd | $ 739.07 | $1,656.23 | $ - | | 8/1/22 | |
| 9/16/22 | Post Petition Funds Recvd | $ 1,656.23 | $1,656.23 | $ 1,656.23 | 8/1/2022 | 9/1/22 | |
| 9/16/22 | Agreed Order Funds Recvd | $ 576.46 | $1,656.23 | $ - | | 9/1/22 | |
| 9/16/22 | Agreed Order Application | $ - | $1,656.23 | $ 1,656.23 | 11/1/2021 | 10/1/22 | $ ( |
| 10/14/22 | Post Petition Funds Recvd | $ 1,656.23 | $1,656.23 | $ 1,656.23 | 9/1/2022 | 10/1/22 | |
| 10/21/23 | Agreed Order Funds Recvd | $ 576.46 | $1,656.23 | $ - | | 11/1/22 | |
| 11/11/22 | Post Petition Funds Recvd | $ 1,656.23 | $1,656.23 | $ 1,656.23 | 10/1/2022 | 11/1/22 | |
| 12/7/22 | Agreed Order Funds Recvd | $ 273.24 | $1,656.23 | $ - | | 12/1/22 | |
| 12/15/22 | Post Petition Funds Recvd | $ 1,656.23 | $1,656.23 | $ 1,656.23 | 11/1/2022 | 12/1/22 | $ ( |
| 12/15/22 | Agreed Order Application | $ - | $1,656.23 | $ 1,656.23 | 12/1/2021 | | |
| 12/19/22 | Post Petition Funds Recvd | $ 5.77 | | | | | $ 5.77 |
| 1/13/23 | Post Petition Funds Recvd | $ 1,662.00 | $1,661.64 | $ 1,661.64 | 12/1/2022 | 1/1/23 | $ 0.36 |
| 2/1/23 | Agreed Order Funds Recvd | $ 546.48 | $1,661.64 | $ - | | 1/1/23 | |
| 2/14/23 | Post Petition Funds Recvd | $ 1,665.00 | $1,661.64 | $ 1,661.64 | 1/1/2023 | 2/1/23 | $ 3.36 |
| 2/21/23 | Agreed Order Funds Recvd | $ 819.72 | $1,661.64 | | | 2/1/23 | |
| 2/21/23 | Agreed Order Funds Recvd | $ 819.72 | $1,661.64 | $ - | | 2/1/23 | |
| 2/21/23 | Agreed Order Application | $ - | $1,661.64 | $ 1,661.64 | 1/1/2022 | | $ ( |
| 3/13/23 | Post Petition Funds Recvd | $ 1,670.00 | $1,661.64 | $ 1,661.64 | 2/1/2023 | 3/1/23 | $ 8.36 |
| 3/21/23 | Agreed Order Funds Recvd | $ 546.48 | $1,661.64 | $ - | | 3/1/23 | |
| 4/14/23 | Post Petition Funds Recvd | $ 1,661.64 | $1,661.64 | $ 1,661.64 | 3/1/2023 | 4/1/23 | |
| 4/21/23 | Agreed Order Funds Recvd | $ 196.60 | $1,661.64 | $ - | | 4/1/23 | |
| 5/15/23 | Post Petition Funds Recvd | $ 1,661.64 | $1,661.64 | $ 1,661.64 | 4/1/2023 | 5/1/23 | |
| 6/15/23 | Post Petition Funds Recvd | $ 1,661.64 | $1,661.64 | $ 1,661.64 | 5/1/2023 | 6/1/23 | |
| 7/14/23 | Post Petition Funds Recvd | $ 1,656.23 | $1,661.64 | $ 1,661.64 | 6/1/2023 | 7/1/23 | $ (5.41) |
| 7/14/23 | Agreed Order Funds Recvd | $ 86.95 | $1,661.64 | $ - | | 7/1/23 | |

| Date | Description | Amount | | Due Date | | Period |
|---|---|---|---|---|---|---|
| 7/25/23 | Agreed Order Fee Application | $ - | | | | 7/1/23 |
| 8/11/23 | Post Petition Funds Recvd | $ 1,661.64 | $1,661.64 | | $ 1,038.00 | 7/1/2023 | 8/1/23 |
| 9/14/23 | Post Petition Funds Recvd | $ 1,661.64 | $1,661.64 | 7/1/2023 | $ 1,661.64 | 9/1/23 |
| 10/13/23 | Post Petition Funds Recvd | $ 1,661.64 | $1,661.64 | 8/1/2023 | $ 1,661.64 | 10/1/23 |
| 11/16/23 | Post Petition Funds Recvd | $ 1,661.64 | $1,661.64 | 9/1/2023 | $ 1,661.64 | 11/1/23 |
| 12/15/23 | Post Petition Funds Recvd | $ 1,661.64 | $1,661.64 | 10/1/2023 | $ 1,661.64 | 12/1/23 |
| 1/16/24 | Post Petition Funds Recvd | $ 1,658.64 | $1,658.64 | 11/1/2023 | $ 1,661.64 | 1/1/24 |
| 2/15/24 | Post Petition Funds Recvd | $ 1,658.64 | $1,658.64 | 12/1/2023 | $ 1,658.64 | 2/1/24 |
| 3/15/24 | Post Petition Funds Recvd | $ 1,658.64 | $1,658.64 | 1/1/2024 | $ 1,658.64 | 3/1/24 |
| 4/12/24 | Post Petition Funds Recvd | $ 1,658.64 | $1,658.64 | 2/1/2024 | $ 1,658.64 | 4/1/24 |
| 5/15/24 | Post Petition Funds Recvd | $ 1,658.64 | $1,658.64 | 3/1/2024 | $ 1,658.64 | 5/1/24 |
| 6/15/24 | Post Petition Funds Recvd | $ 1,658.64 | $1,658.64 | 4/1/2024 | $ 1,658.64 | 6/1/24 |
| 7/15/24 | Post Petition Funds Recvd | $ 1,658.64 | $1,658.64 | 5/1/2024 | $ 1,658.64 | 7/1/24 |
| 8/15/24 | Post Petition Funds Recvd | $ 1,658.64 | $1,658.64 | 6/1/2024 | $ 1,658.64 | 8/1/24 |
| 9/16/24 | Post Petition Funds Recvd | $ 1,658.64 | $1,658.64 | 7/1/2024 | $ 1,658.64 | 9/1/24 |
| 10/16/24 | Post Petition Funds Recvd | $ 1,658.64 | $1,658.64 | 8/1/2024 | $ 1,658.64 | 10/1/24 |
| 11/15/24 | Post Petition Funds Recvd | $ 1,658.64 | $1,658.64 | 9/1/2024 | $ 1,658.64 | 11/1/24 |
| 12/16/24 | Post Petition Funds Recvd | $ 1,820.15 | $1,658.64 | 10/1/2024 | $ 1,658.64 $ 161.51 | 12/1/24 |
| 1/15/25 | Post Petition Funds Recvd | $ 1,820.15 | $1,820.15 | 11/1/2024 | $ 1,658.64 | 1/1/25 |
| 2/11/25 | Post Petition Funds Recvd | $ 1,820.15 | $1,820.15 | 12/1/2024 | $ 1,820.15 | 2/1/25 |
| 3/15/25 | Post Petition Funds Recvd | $ 1,820.15 | $1,820.15 | 1/1/2025 | $ 1,820.15 | 3/1/25 |
| 4/14/25 | Post Petition Funds Recvd | $ 1,820.15 | $1,820.15 | 2/1/2025 | $ 1,820.15 | 4/1/25 |
| | | | | 3/1/2025 | $ 1,820.15 | |

Debtor Suspense $ 1,530.18 $