United States Bankruptcy Court

Middle District of Pennsylvania

In re:      Case No. 20-00500-MJC

Renee Ann Rusnock      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 4
Date Rcvd: Jun 05, 2025     Form ID: 3180W     Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Renee Ann Rusnock, 118 Saint Angela Dr, Hazleton, PA 18202-2937 |
| 5300002 | | Cap1/marcs, PO Box 30258, Salt Lake City, UT 84130-0258 |
| 5300006 | | Chamberlain University, 75 Remittance Dr Dept 1313, Chicago, IL 60675-1313 |
| 5300015 | | Fed Loan Serv, PO Box 60610, Harrisburg, PA 17106-0610 |
| 5300021 | | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 5300024 | + | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5308584 | + | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5299994 | | Rusnock Renee Ann, 118 Saint Angela Dr, Hazleton, PA 18202-2937 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jun 05 2025 22:32:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5299996 | | Email/Text: bncnotifications@pheaa.org | Jun 05 2025 18:38:00 | Aes/Suntrust Bank, PO Box 61047, Harrisburg, PA 17106-1047 |
| 5306672 | | Email/PDF: bncnotices@becket-lee.com | Jun 05 2025 18:44:25 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5299997 | | Email/PDF: bncnotices@becket-lee.com | Jun 05 2025 18:44:28 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 5299998 | | Email/Text: bk@avant.com | Jun 05 2025 18:38:00 | Avant, 222 N La Salle St Ste 1700, Chicago, IL 60601-1101 |
| 5300000 | | Email/Text: bankruptcy@bbandt.com | Jun 05 2025 18:38:00 | BB&T, PO Box 580048, Charlotte, NC 28258-0048 |
| 5301710 | + | Email/Text: bankruptcy@bbandt.com | Jun 05 2025 18:38:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 5299999 | | EDI: TSYS2 | Jun 05 2025 22:32:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5300001 | | EDI: CAPITALONE.COM | Jun 05 2025 22:32:00 | CAP1/Justice, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 5300003 | | EDI: CAPITALONE.COM | Jun 05 2025 22:32:00 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 5311085 | | EDI: CAPITALONE.COM | Jun 05 2025 22:32:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5300004 | | EDI: CAPITALONE.COM | Jun 05 2025 22:32:00 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5313342 | | Email/PDF: bncnotices@becket-lee.com | Jun 05 2025 18:44:12 | Capital One, N.A., c/o Becket and Lee LLP, PO |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| | | | Box 3001, Malvern PA 19355-0701 |
| 5300007 | EDI: CITICORP | Jun 05 2025 22:32:00 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5300008 | EDI: WFNNB.COM | Jun 05 2025 22:32:00 | Comenitybank/victoria, PO Box 182789, Columbus, OH 43218-2789 |
| 5300009 | EDI: WFNNB.COM | Jun 05 2025 22:32:00 | Comenitybank/wayfair, PO Box 182789, Columbus, OH 43218-2789 |
| 5300010 | EDI: WFNNB.COM | Jun 05 2025 22:32:00 | Comenitycb/boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 5300011 | EDI: WFNNB.COM | Jun 05 2025 22:32:00 | Comenitycb/overstock, PO Box 182120, Columbus, OH 43218-2120 |
| 5300012 | EDI: WFNNB.COM | Jun 05 2025 22:32:00 | Comenitycb/ulta, PO Box 182120, Columbus, OH 43218-2120 |
| 5300013 | EDI: CBS7AVE | Jun 05 2025 22:32:00 | Country Door, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5300018 | EDI: CITICORP | Jun 05 2025 22:32:00 | Macys/dsnb, PO Box 8218, Mason, OH 45040-8218 |
| 5302011 | EDI: DISCOVER | Jun 05 2025 22:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5300014 | EDI: DISCOVER | Jun 05 2025 22:32:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 5351147 | Email/Text: ECMCBKNotices@ecmc.org | Jun 05 2025 18:38:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5351148 | Email/Text: ECMCBKNotices@ecmc.org | Jun 05 2025 18:38:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408, ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5300005 | Email/Text: BNSFN@capitalsvcs.com | Jun 05 2025 18:38:00 | Ccs/First National Ban, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 5300016 | EDI: AMINFOFP.COM | Jun 05 2025 22:32:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5319485 | EDI: JEFFERSONCAP.COM | Jun 05 2025 22:32:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5300017 | EDI: CAPITALONE.COM | Jun 05 2025 22:32:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5305744 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2025 18:44:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5299995 | Email/Text: mylawyer@jpplaw.com | Jun 05 2025 18:38:00 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5300020 | EDI: AGFINANCE.COM | Jun 05 2025 22:32:00 | OneMain Financia, 695 Kidder St, Wilkes Barre Township, PA 18702-6938 |
| 5302151 | + EDI: AGFINANCE.COM | Jun 05 2025 22:32:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5300019 | EDI: AGFINANCE.COM | Jun 05 2025 22:32:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 5307909 | + Email/Text: bncnotifications@pheaa.org | Jun 05 2025 18:38:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5313434 | EDI: PRA.COM | Jun 05 2025 22:32:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5300023 | ^ MEBN | Jun 05 2025 18:33:46 | PPL Electric Utilities, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 5300022 | EDI: PRA.COM | | |

| Recip ID | | Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 05 2025 22:32:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5320344 | | EDI: Q3G.COM | | |
| | | | Jun 05 2025 22:32:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5320345 | | EDI: Q3G.COM | | |
| | | | Jun 05 2025 22:32:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5300025 | | EDI: SYNC | | |
| | | | Jun 05 2025 22:32:00 | Syncb/Amer Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 5300028 | | EDI: SYNC | | |
| | | | Jun 05 2025 22:32:00 | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 5300030 | | EDI: SYNC | | |
| | | | Jun 05 2025 22:32:00 | Syncb/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 5300031 | | EDI: CAPITALONE.COM | | |
| | | | Jun 05 2025 22:32:00 | Syncb/Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5300026 | | EDI: SYNC | | |
| | | | Jun 05 2025 22:32:00 | Syncb/ashley Homestore, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 5300027 | | EDI: SYNC | | |
| | | | Jun 05 2025 22:32:00 | Syncb/hsn, PO Box 965017, Orlando, FL 32896-5017 |
| 5300029 | | EDI: SYNC | | |
| | | | Jun 05 2025 22:32:00 | Syncb/ppc, PO Box 965005, Orlando, FL 32896-5005 |
| 5300456 | ^ | MEBN | | |
| | | | Jun 05 2025 18:33:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5321626 | + | EDI: AISACG.COM | | |
| | | | Jun 05 2025 22:32:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5320279 | | EDI: AIS.COM | | |
| | | | Jun 05 2025 22:32:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5300032 | | EDI: WFNNB.COM | | |
| | | | Jun 05 2025 22:32:00 | World Financial Network Bank, 1 Righter Pkwy Ste 100, Wilmington, DE 19803-1533 |

TOTAL: 51

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Synchrony Bank by AIS InfoSource LP as agent |
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 5306673 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 4 of 4 |
| Date Rcvd: Jun 05, 2025 | Form ID: 3180W | Total Noticed: 59 |

Date: Jun 07, 2025        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2025 at the address(es) listed below:**

**Name**      **Email Address**

Denise E. Carlon
on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
ecf_pahu_alt@trustee13.com

James Warmbrodt
on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

Jason Paul Provinzano
on behalf of Debtor 1 Renee Ann Rusnock MyLawyer@JPPLaw.com
g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com

Matthew K. Fissel
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, wbecf@brockandscott.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Renee Ann Rusnock | | Social Security number or ITIN: xxx–xx–3348<br>EIN: __–_____ |
| Debtor 2 (Spouse, if filing): | | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 5:20-bk-00500-MJC | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Renee Ann Rusnock
aka Renee A. Rusnock, aka Renee Rusnock

6/5/25

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2