Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

**Court claim no.** (if known): 11-1

**Last 4 digits** of any number you use to identify the debtor's account: 1055

**Date of payment change:**
Must be at least 21 days after date of this notice    12/01/2021

**New total payment:**    $1656.23
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $622.78    **New escrow payment:** $704.32

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%    **New interest rate:** _____%

   **Current principal and interest payment:** $_____    **New principal and interest payment:** $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $_____    **New mortgage payment:** $_____

Official Form 410S1                    **Notice of Mortgage Payment Change**                    page 1

Case 5:20-bk-00500-MJC    Doc    Filed 10/14/21    Entered 10/14/21 14:27:15    Desc
Document ID: f1b99a0431d8755ef6a7db06d70b1b82e47fcccf3772681ebc6001a9af81ec8
                                    Main Document      Page 1 of 2

| Debtor(s) | <u>Renee Ann Rusnock</u> | Case number (*if known*) <u>20-00500 MJC</u> |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ *Rebecca Solarz*                                       Date    10/13/2021
Signature
**Print:** Rebecca Solarz
13 Oct 2021, 16:19:54, EDT

Title    <u>Attorney for Creditor</u>

Company    <u>KML Law Group, P.C.</u>

Address    <u>701        Market Street, Suite 5000</u>
Number    Street
Philadelphia,                                PA    19106
City                                               State    ZIP Code

Contact phone   (215) 627–1322        Email  bkgroup@kmllawgroup.com

Official Form 410S1                **Notice of Mortgage Payment Change**                page 2
Case 5:20-bk-00500-MJC    Doc    Filed 10/14/21    Entered 10/14/21 14:27:15    Desc
Document ID: f1b99a0431d8755ef6a7db06d70b1b82e47fcccf3772681ebc6001a92af81ec8    Main Document    Page 2 of 2