# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Renee Ann Rusnock aka Renee A. Rusnock aka Renee Rusnock**<br>        **Debtor(s)** | **BK NO. 20-00500 MJC** |
| | **Chapter 13** |
| **Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.**<br>        **Movant**<br>   **vs.** | **Related to Claim No. 11-1** |
| **Renee Ann Rusnock aka Renee A. Rusnock aka Renee Rusnock**<br>        **Debtor(s)** | |
| **Jack N. Zaharopoulos**,<br>        **Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>October 14, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Renee Ann Rusnock aka Renee A. Rusnock aka
Renee Rusnock
118 Saint Angela Drive
Hazleton, PA 18202

<u>Attorney for Debtor(s)</u>
Jason Paul Provinzano, Law Offices of Jason P.
Provinzano, LLC
16 West Northampton Street
Wilkes Barre, PA 18701

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>October 14, 2021</u>

            **/s/Rebecca A. Solarz, Esquire**
            Rebecca A. Solarz, Esquire
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA 19106
            215-825-6327
            rsolarz@kmllawgroup.com